

# NISSENBAUM LAW GROUP, LLC
ATTORNEYS AT LAW
GDNLAW.COM

2400 MORRIS AVENUE, SUITE 301
UNION, NEW JERSEY 07083

P. 908.686.8000
F. 908.686.8550

GARY D. NISSENBAUM, ESQ. φ
LAURA J. MAGEDOFF, ESQ. □
ANTHONY C. GUNST IV, ESQ. ∞

NEELAM SINGH, ESQ. Δ
RYAN N. FERNANDEZ, ESQ. ○
SALMA A. ATTIA, ESQ. ◊

SENIOR PARALEGALS
 CAROLE ZEMPEL
 KAITLYN SCHUMACHER
PARALEGALS
 AMANDA MILLER
 GABRIEL A. DAVID

140 BROADWAY, 46TH FLOOR
NEW YORK, NEW YORK 10005
212.871.5711

100 CRESCENT COURT, 7TH FLOOR
DALLAS, TEXAS 75201
214.222.0020

1650 MARKET STREET, STE 3600
PHILADELPHIA, PENNSYLVANIA 19103
215.523.9350

φ  *Admitted in NJ, NY, PA, TX & DC*
□  *Admitted in NJ, NY, PA & TX*
∞  *Admitted in NJ, NY & PA*
○  *Admitted in NJ, NY & TX*
Δ  *Admitted in NJ & NY*
◊  *Admitted in NJ*

MEETINGS BY APPOINTMENT ONLY

August 5, 2024

**VIA ECF**

Honorable Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

Re:   **Scott Cawthon v. Dinh Duc Manh**
      **Docket No.: 1:24-cv-03506-JLR**

Dear Judge Rochon:

Our office represents plaintiff Scott Cawthon (**"Plaintiff"**) in the above-captioned matter. We write to provide the Court with an update on the status of the case. We are writing to provide the Court with an update regarding the status of this matter as well as to respectfully request that the Court adjourn the pretrial conference that is set to take place on August 14th for the reasons stated below.

On May 8, 2024 [ECF 5], the Court ordered that (1) parties shall appear for an initial pretrial conference on August 14, 2024 at 11:30 a.m.; and (2) parties shall confer and file a joint letter, no later than ten (10) calendar days before the conference date. Pursuant to the Order, on May 13, 2024, Plaintiff caused a copy of that order to be served upon defendant Dinh Duc Manh (**"Defendan**t"). [ECF 9].

However, to date, Defendant has not responded or otherwise appeared in this case. Accordingly, July 19, 2024, Plaintiff filed a Motion for Substitute Service [ECF 10, 10-1]. Thus, we respectfully request that the initial pretrial conference be adjourned indefinitely pending Defendant's appearance in this matter.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

NISSENBAUM LAW GROUP, LLC

BY: */s/ Anthony C. Gunst IV*
    Anthony C. Gunst IV

The request is GRANTED. The initial pre-trial conference on August 14, 2024, is adjourned without date. The Court will set a new date for the conference upon ruling on Plaintiff's motion for alternative service (Dkt. 10).

Dated: August 6, 2024
       New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**