UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT CAWTHON,<br><br>        Plaintiff,<br><br>   -against-<br><br>DINH DUC MANH,<br><br>        Defendant. | Case No. 1:24-CV-03506 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  On September 23, 2024, the Court denied Plaintiff's motion for alternative service via email and directed Plaintiff to effectuate service of process on Defendant through registered mail with acknowledgment of receipt. Dkt. 13. Plaintiff shall provide an update on the status of service by December 23, 2024.

Dated: October 17, 2024
    New York, New York

                 SO ORDERED.

                 *Jennifer Rochon*
                 JENNIFER L. ROCHON
                 United States District Judge